RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

Attorneys for Defendant,
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE SIMONS, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an unknown business entity doing business in Nevada; DOES I through X, inclusive, and ROE CORPORATIONS I through V, inclusive, <br><br>　　　　Defendants. | CASE NO.: 2:15-cv-00622-APG-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff, Michelle Simons, and Defendant, State Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective counsel, Jones Wilson LLP, for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant, that this matter

///
///
///
///
///
///
///

be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 13th day of ~~June~~ August, 2015.        DATED this 14 day of ~~June~~ August, 2015.

JONES WILSON LLP                                      HALL JAFFE & CLAYTON, LLP

By _____                    By _____
Cory M. Jones, Esq.                                   Riley A. Clayton, Esq.
Nevada Bar No. 005028                                 Nevada Bar No. 005260
1522 W. Warm Springs Road                             7425 Peak Drive
Henderson, NV 89014                                   Las Vegas, Nevada 89128
Attorney for Plaintiff                                Attorney for Defendant

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 17, 2015.

2